**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2025
JANUARY 21, 2026 SESSION

FILED
JAN 21 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:26-cr-00007
     21 U.S.C. § 841(a)(1)

DEANDRE JOMAR HARRIS
     Also known as "Dre"

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 10, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DEANDRE JOMAR HARRIS, also known as "Dre," knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about September 11, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DEANDRE JOMAR HARRIS, also known as "Dre," knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

On or about September 13, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DEANDRE JOMAR HARRIS, also known as "Dre," knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR**

On or about September 24, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DEANDRE JOMAR HARRIS, also known as "Dre," knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MOORE CAPITO
United States Attorney

By: *L Shamblin*
LESLEY SHAMBLIN
Assistant United States Attorney