**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO. 5:26-cr-00007

DEANDRE JOMAR HARRIS

**ORDER**

On April 15, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with knowingly and intentionally distributing fentanyl, in violation of 21 U.S.C. § 841(a)(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on April 15, 2026. [ECF 35]. Objections in this case were due on May 2, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 35**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  May 7, 2026

Frank W. Volk
Chief United States District Judge